IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| KRISTEN LEIGH, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 1:11-CV-0080-WKW [WO] |
| ) | |
| COVAN WORLD WIDE ) | |
| MOVING, *et. al.*, ) | |
| ) | |
| Defendants. ) | |

## **ORDER**

On March 4, 2011, the Magistrate Judge filed a Report and Recommendation in this case to which no timely objections have been filed. (Doc. # 18.) Upon an independent review of the file in this case and upon consideration of the Recommendation, it is ORDERED that the Recommendation is ADOPTED as follows:

(1) Defendants' Motion to Dismiss the Individual Defendants is GRANTED (Doc. # 16);

(2) Plaintiff's claims against Defendants Sherri Alley, Robin Tice, and Kristen Baker are DISMISSED with prejudice; and

(3) The case is referred back to the Magistrate Judge for additional proceedings.

DONE this 22nd day of March, 2011.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE